147 A.3d 403

**MOODY**

v.

**MASS TRANSIT ADMINISTRATION**

**Pet. Docket No. 318, Sept.Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Dismissed by the Court of Special Appeals (No. 1709, Sept. Term, 2015).

Petition for writ of certiorari denied.

■

147 A.3d 403

**MOORE, Khiry M.**

v.

**STATE of Maryland**

**Pet. Docket No. 297, Sept. Term, 2016**

Court of Appeals of Maryland.

October 31, 2016

Opinion of the Court of Special Appeals unreported (No. 2278, Sept. Term, 2013).

Petition for writ of certiorari denied.